RAEGENER v. DOWD PACKING CO. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Louis Raegener, receiver, against the Jacob Dowd Packing Company. No opinion. Motion granted, with $10 costs.

RAEGENER v. KELLNER. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Louis Raegener, receiver, against John S. Kellner. No opinion. Motion granted, with $10 costs.

RAEGENER v. PARSONS. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Louis Raegener, receiver, against Frederick H. Parsons. No opinion. Motion granted, with $10 costs.

RAITZEN v. SEIDMAN. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Samuel Raitzen against Joseph A. Seidman. No opinion. Judgment of the municipal court affirmed, without costs.

RAVEN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by John Raven against William R. Smith. No opinion. Judgment and order affirmed, with costs.

READ, Respondent, v. WILLARD, Appellant. (Supreme Court, Appellant Division, Second Department. May 1, 1900.) Action by Henry P. Read against Francis L. Willard. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted, with $10 costs.

REEVES, Respondent, v. CATON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by William H. Reeves against Martin J. Caton. No opinion. Judgment and order affirmed, with costs.

REYNOLDS, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Charles H. Reynolds against Katharine E. Reynolds. No opinion. Judgment and order affirmed.

RICH, Respondent, v. SCHENDEL, Appellant. (Supreme Court, Appellate Term. April 16, 1900.) Action by one Rich against one Schendel. From a judgment in favor of the plaintiff, defendant appeals. Reversed. W. P. Schoen, for appellant. M. Meyer, for respondent.

PER CURIAM. As the record does not show that the defendant was a resident of the city of New York, the jurisdictional facts do not appear, and the judgment must accordingly be reversed. Willis v. Parker (Sup.; March 5, 1900) 62 N. Y. Supp. 1078. Judgment reversed, and new trial ordered, without costs.

RICHARDSON v. RHINES et al. (Supreme Court, Appellate Division, Fourth Department.

April 24, 1900.) Action by Amos J. Richardson against Alice Rhines and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 58 N. Y. Supp. 1147.

ROBINSON v. BROWN et al. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by William Y. Robinson against John P. Brown and others. No opinion. Motion for leave to appeal to the court of appeals granted. See 63 N. Y. Supp. 413.

ROBY, Respondent, v. PHYFE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by Augusta A. Roby against Alvah E. Phyfe and others. No opinion. Motions for reargument denied. See 61 N. Y. Supp. 1146.

In re ROCHESTER & L. O. RY. CO. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) In the matter of the application of the Rochester & Lake Ontario Railway Company for the appointment of commissioners, etc. No opinion. Motion for leave to appeal to the court of appeals granted. See 64 N. Y. Supp. 429.

ROMANOSKI, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Maggie Romanoski, by her guardian, against the Union Railway Company. From an order granting plaintiff leave to amend the summons and complaint, and to serve a supplemental summons and complaint (61 N. Y. Supp. 1097), defendant appeals. Reversed. Hoadley, Lauterbach & Johnson, for appellant. Willoughby B. Dobbs, for respondent.

PER CURIAM. Order appealed from reversed, with costs, and motion denied, with $10 costs to abide the event, on authority of Heffern v. Hunt, 8 App. Div. 585, 40 N. Y. Supp. 914.

ROONEY, Appellant, v. DAVID MACKEY, JR., CO., Respondent. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Patrick Rooney against David Mackey, Jr., Co. A. S. Gilbert, for appellant. C. J. McBurney, for respondent. No opinion. Judgment affirmed, with costs.

ROSE, Respondent, v. WALLACE, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Albert E. Rose against Winifred Wallace. From a judgment of the municipal court of New York City in favor of plaintiff, defendant appeals. Affirmed. C. H. Wingate, for appellant. Morris Cuker, for respondent.

PER CURIAM. There is sufficient evidence to sustain the judgment. Judgment appealed from affirmed, with costs.

ROSENSTEIN, Respondent, v. COHN, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Ernest G. Rosenstein against Isaac Cohn for goods sold and for dam-